Jennifer C. Alexander
Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
jalexander@bhb.com
mnesbett@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEPHEN BERGER,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. _____ |

**NOTICE OF REMOVAL OF CASE FROM STATE COURT**
**(SUPERIOR COURT CASE NO. 1JU-24-00582CI)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant Costco Wholesale Corporation contemporaneous with the filing of this "Notice of Removal of Case from State Court," is effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, First Judicial District at Juneau to the United States District Court for the District of Alaska. The removal is based on the following grounds:

BERGER VS. COSTCO
NOTICE OF REMOVAL OF CASE FROM STATE COURT
1680621

CASE NO. _____
PAGE 1 OF 5

Case 1:24-cv-00009-SLG   Document 1   Filed 06/13/24   Page 1 of 5

1. On or about April 18, 2024, Plaintiff filed through his attorney the above titled action, Stephen Berger v. Costco Wholesale Corporation, in the Superior Court for the State of Alaska, First Judicial District at Juneau. Copies of the original Complaint and all process, pleadings and other orders required to be included with the notice per 28 U.S.C. § 1446(a) are attached hereto as Exhibit D.

2. On or about May 14, 2024, Plaintiff served the Complaint on Defendant Costco Wholesale Corporation on the registered agent for service, CT Corporation System. A true and correct copy of these documents are attached as Exhibit D, and are incorporated by reference herein.

3. The Complaint alleges that Plaintiff is a resident and inhabitant of Juneau, Alaska.

4. Costco Wholesale Corporation is a corporate resident of Washington.

5. Attached to this Notice of Removal is the Affidavit of Gail Tsuboi in Support of Defendant Costco Wholesale Corporation's Notice of Removal. Gail Tsuboi is the Assistant Secretary for Defendant Costco Wholesale Corporation and her Affidavit is based on her personal knowledge of the facts. Ms. Tsuboi's Affidavit states that Costco is a Washinton corporation with its principal place of business in Washington. Her Affidavit affirms Costco maintains its corporate headquarters in the state of Washington, and that the President/CEO and Senior Executive Vice President of Costco Wholesale Corporation work at the headquarters located in the state of Washington.

6. Attached to Ms. Tsuboi's Affidavit is a true and correct copy of Costco's Annual Report, filed March 21, 2024, with the state of Washington. The document reflects that Costco Wholesale Corporation is a Washington corporation with its principal office

BERGER VS. COSTCO
NOTICE OF REMOVAL OF CASE FROM STATE COURT
1680621

CASE NO. _____
PAGE 2 OF 5

Case 1:24-cv-00009-SLG    Document 1    Filed 06/13/24    Page 2 of 5

located in Issaquah, Washington. Also attached to Ms. Tsuboi's Affidavit, as Exhibit B, is a true and correct copy of excerpts of the Securities and Exchange Commission's Form 10-Q for the quarter ending February 18, 2024. This document reflects that Costco Wholesale Corporation is incorporated in Washington and that its principal executive office is located in Issaquah, Washinton.

7. Attached to this Notice of Removal as Exhibit C is a copy of Costco Wholesale Corporation's 2023 Biennial Report, filed with the State of Alaska December 10, 2022. This document reflects that Costco Whole Sale Corporation is registered as a foreign business corporation in the state of Alaska, with its home state identified as Washington.

8. The Complaint alleges claims of I) Breach of Employment Contract; II) Retaliatory and Constructive Discharge After Whistleblowing; III) Violation of the Covenant of Good Faith and Fair Dealing; and IV) Intentional Infliction of Emotional Distress.[1]

9. The Complaint alleges damages for lost wages, lost employment benefits, loss of enjoyment of life, and other expenditures, the amount and value of which exceeds $100,000.[2] Plaintiff was employed as a relief pharmacist by Costco Wholesale Corporation in 2011.[3] Plaintiff is a pharmacist with more than 20 years' experience.[4] Plaintiff alleges that he was constructively discharged by Defendant on April 19, 2022.[5] If Plaintiff were to prevail on all of his claims, his damages for lost past and future wages,

---

[1] Ex. D, Complaint.
[2] *Id.* at ¶ 34.
[3] *Id.* at ¶ 8.
[4] *Id.* at ¶ 5.
[5] *Id.* at ¶ 11.

BERGER VS. COSTCO
NOTICE OF REMOVAL OF CASE FROM STATE COURT
1680621

CASE NO. _____
PAGE 3 OF 5

Case 1:24-cv-00009-SLG   Document 1   Filed 06/13/24   Page 3 of 5

lost employment benefits, and emotional distress, would reasonably be in excess of $75,000.[6]

10. The United States District Court has jurisdiction over the Superior Court action in this matter, pursuant to 28 U.S.C. § 1332, as one that may be removed under 18 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

11. The Notice to State Superior Court of the Notice of Removal is being filed contemporaneously with this notice in federal court. A true and correct copy of the Notice to State Court of Removal filed in Case No. 1JU-24-00582CI is attached hereto as Exhibit E.

DATED this 13th day of June, 2024.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

By: s/ Michelle S. Nesbett
Jennifer C. Alexander, ABA #9511058
Michelle S. Nesbett, ABA #0705028

---

[6] *Id.* at ¶ 5.

BERGER VS. COSTCO
NOTICE OF REMOVAL OF CASE FROM STATE COURT
1680621

CASE NO. _____
PAGE 4 OF 5

Case 1:24-cv-00009-SLG    Document 1    Filed 06/13/24    Page 4 of 5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of June, 2024, a true and correct copy of the foregoing was served via the following method and believed to be completed without error:

| | |
|---|---|
| Michael P. Heiser<br>300 Mill Street, suite 20<br>Ketchikan, AK 99901<br>mphesq@kpunet.net | ☑ U.S. Mail<br>☐ TrueFiling<br>☑ Electronic Delivery<br>☐ Hand Delivery |

BIRCH HORTON BITTNER & CHEROT

By: s/ James F. Thorne III
      James F. Thorne III

BERGER VS. COSTCO
NOTICE OF REMOVAL OF CASE FROM STATE COURT
1680621

CASE NO. _____
PAGE 5 OF 5

Case 1:24-cv-00009-SLG   Document 1   Filed 06/13/24   Page 5 of 5