

**WASHINGTON
Secretary of State
Corporations & Charities Division**

Filed
Secretary of State
State of Washington
Date Filed: 03/21/2024
Effective Date: 03/21/2024
UBI #: 601 024 674

# Annual Report

### BUSINESS INFORMATION

Business Name:
**COSTCO WHOLESALE CORPORATION**

UBI Number:
**601 024 674**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES**

Principal Office Mailing Address:
**PO BOX 35005, SEATTLE, WA, 98124-3405, UNITED STATES**

Expiration Date:
**05/31/2025**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**05/12/1987**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**RETAIL, WHOLESALE TRADE**

### REGISTERED AGENT  RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| JOHN SULLIVAN | 999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES | 999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES |

### PRINCIPAL OFFICE

Phone:
**4253138100**

Email:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024032100205355 - 1
Received Date: 03/21/2024
Amount Received: $70.00
PAGE 1 of 3

EXHIBIT A

Case 1:24-cv-00009-SLG   Document 1-1   Filed 06/13/24   Page 1 of 6

ANNUALREPORTS@COSTCO.COM

Street Address:
999 LAKE DR, ISSAQUAH, WA, 98027-8990, USA

Mailing Address:
PO BOX 35005, SEATTLE, WA, 98124-3405, USA

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | MARGARET | MCCULLA |
| GOVERNOR | INDIVIDUAL | | GAIL | TSUBOI |
| GOVERNOR | INDIVIDUAL | | RICHARD | GALANTI |
| GOVERNOR | INDIVIDUAL | | JOHN | SULLIVAN |
| GOVERNOR | INDIVIDUAL | | PATRICK | CALLANS |
| GOVERNOR | INDIVIDUAL | | WALTER | JELINEK |
| GOVERNOR | INDIVIDUAL | | JEFFREY | ELLIOTT |
| GOVERNOR | INDIVIDUAL | | GARY | SWEARINGEN |
| GOVERNOR | INDIVIDUAL | | ROLAND | VACHRIS |
| GOVERNOR | INDIVIDUAL | | GARY | MILLERCHIP |

## NATURE OF BUSINESS

- RETAIL
- WHOLESALE TRADE

## EFFECTIVE DATE

Effective Date:
**03/21/2024**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
- **Yes**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
- **No**
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
- **No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
- **No**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
**SOLEIL**
Email:
ANNUALREPORTS@COSTCO.COM

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024032100205355 - 1
Received Date: 03/21/2024
Amount Received: $70.00

EXHIBIT A
PAGE 2 of 3

Case 1:24-cv-00009-SLG   Document 1-1   Filed 06/13/24   Page 2 of 6

Address:
**999 LAKE DR, ISSAQUAH, WA, 98027-8990, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? - No

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**ENTITY**

First Name:
**SOLEIL**

Last Name:
**LUKE**

Entity Name:
**COSTCO WHOLESALE CORPORATION**

Title:
**PARELEGAL**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024032100205355 - 1
Received Date: 03/21/2024
Amount Received: $70.00

EXHIBIT A

Case 1:24-cv-00009-SLG   Document 1-1   Filed 06/13/24   Page 3 of 6
PAGE 3 of 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended February 18, 2024

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number 0-20355

# Costco Wholesale Corporation
(Exact name of registrant as specified in its charter)

| Washington | 91-1223280 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**999 Lake Drive, Issaquah, WA 98027**
(Address of principal executive offices) (Zip Code)
(Registrant's telephone number, including area code): **(425) 313-8100**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $.005 Par Value | COST | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The number of shares outstanding of the issuer's common stock as of March 6, 2024 was 443,504,036.

Case 1:24-cv-00009-SLG   Document 1-1   Filed 06/13/24   Page 4 of 6
EXHIBIT B
PAGE 1 of 3

**Item 1—Financial Statements**

## PART I—FINANCIAL INFORMATION

### COSTCO WHOLESALE CORPORATION
### CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(amounts in millions, except per share data) (unaudited)

|  | 12 Weeks Ended | | 24 Weeks Ended | |
| --- | ---: | ---: | ---: | ---: |
|  | February 18, 2024 | February 12, 2023 | February 18, 2024 | February 12, 2023 |
| **REVENUE** | | | | |
| Net sales | $ 57,331 | $ 54,239 | $ 114,048 | $ 107,676 |
| Membership fees | 1,111 | 1,027 | 2,193 | 2,027 |
| Total revenue | 58,442 | 55,266 | 116,241 | 109,703 |
| **OPERATING EXPENSES** | | | | |
| Merchandise costs | 51,140 | 48,423 | 101,597 | 96,192 |
| Selling, general and administrative | 5,240 | 4,940 | 10,598 | 9,857 |
| Operating income | 2,062 | 1,903 | 4,046 | 3,654 |
| **OTHER INCOME (EXPENSE)** | | | | |
| Interest expense | (41) | (34) | (79) | (68) |
| Interest income and other, net | 216 | 114 | 376 | 167 |
| **INCOME BEFORE INCOME TAXES** | 2,237 | 1,983 | 4,343 | 3,753 |
| Provision for income taxes | 494 | 517 | 1,011 | 923 |
| **NET INCOME** | $ 1,743 | $ 1,466 | $ 3,332 | $ 2,830 |
| **NET INCOME PER COMMON SHARE:** | | | | |
| Basic | $ 3.93 | $ 3.30 | $ 7.51 | $ 6.37 |
| Diluted | $ 3.92 | $ 3.30 | $ 7.49 | $ 6.37 |
| Shares used in calculation (000s): | | | | |
| Basic | 443,892 | 443,877 | 443,859 | 443,857 |
| Diluted | 444,754 | 444,475 | 444,579 | 444,503 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

# COSTCO WHOLESALE CORPORATION
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
### (amounts in millions, except share, per share, and warehouse count data)
### (unaudited)

## Note 1—Summary of Significant Accounting Policies

*Description of Business*

Costco Wholesale Corporation (Costco or the Company), a Washington corporation, and its subsidiaries operate membership warehouses based on the concept that offering members low prices on a limited selection of nationally-branded and private-label products in a wide range of merchandise categories will produce high sales volumes and rapid inventory turnover. At February 18, 2024, Costco operated 874 warehouses worldwide: 602 in the United States (U.S.) located in 47 states, Washington, D.C., and Puerto Rico, 108 in Canada, 40 in Mexico, 33 in Japan, 29 in the United Kingdom (U.K.), 18 in Korea, 15 in Australia,14 in Taiwan, six in China, four in Spain, two in France, and one each in Iceland, New Zealand, and Sweden. The Company operates e-commerce websites in the U.S., Canada, the U.K., Mexico, Korea, Taiwan, Japan, and Australia.

*Basis of Presentation*

The condensed consolidated financial statements include the accounts of Costco and its wholly-owned subsidiaries. All material inter-company transactions among the Company and its consolidated subsidiaries have been eliminated in consolidation.

These unaudited condensed consolidated financial statements have been prepared in accordance with the instructions to Form 10-Q for interim financial reporting pursuant to the rules and regulations of the Securities and Exchange Commission (SEC). While these statements reflect all normal recurring adjustments that are, in the opinion of management, necessary for fair presentation of the results of the interim period, they do not include all of the information and footnotes required by U.S. generally accepted accounting principles (U.S. GAAP) for complete financial statements. Therefore, the interim condensed consolidated financial statements should be read in conjunction with the consolidated financial statements and notes included in the Company's Annual Report on Form 10-K for the fiscal year ended September 3, 2023.

*Fiscal Year End*

The Company operates on a 52/53 week fiscal year basis, with the fiscal year ending on the Sunday closest to August 31. Fiscal 2024 is a 52-week year ending on September 1, 2024. References to the second quarter of 2024 and 2023 relate to the 12-week fiscal quarters ended February 18, 2024, and February 12, 2023. References to the first half of 2024 and 2023 relate to the 24 weeks ended February 18, 2024 and February 12, 2023.

*Use of Estimates*

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. These estimates and assumptions take into account historical and forward-looking factors that the Company believes are reasonable. Actual results could differ from those estimates and assumptions.

*Reclassification*

Reclassifications were made to the condensed consolidated statement of cash flows for the first half of fiscal 2023 to conform with current year presentation.